UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON BEBAULT,<br><br>    Plaintiff,<br><br>v.<br><br>DMG MORI USA, INC.,<br><br>    Defendant. | Case No. 18-cv-02373-JD<br><br>**ORDER APPOINTING CLASS COUNSEL**<br><br>Re: Dkt. No. 75 |

In light of the order certifying a class, and the factors considered there, Dkt. No. 75, the Court finds that the Desai Law Firm has the necessary experience, knowledge and resources to serve as class counsel, and will fairly and adequately represent the interests of the class. *See* Fed. R. Civ. P. 23(g). Consequently, the Desai Law Firm is confirmed as counsel for the certified class.

**IT IS SO ORDERED.**

Dated: May 27, 2020

JAMES DONATO
United States District Judge