DESAI LAW FIRM, P.C.
Aashish Y. Desai, Esq. (SBN 187394)
Adrianne De Castro, Esq. (SBN 238930)
3200 Bristol St., Suite 650
Costa Mesa, CA 92626
Telephone: (949) 614-5830
Facsimile: (949) 271-4190
aashish@desai-law.com
adrianne@desai-law.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ARNOLD, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DMG MORI USA, INC, an Illinois Corporation, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.: 3:18-CV-02373-JD<br><br>Hon. James Donato<br><br>**NOTICE OF MOTION RE PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**HEARING SCHEDULE**<br><br>Date: December 9, 2021<br>Time: 10:00 a.m.<br>Crtrm: 11 |

1

**NOTICE OF MOTION AND MOTION TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT on December 9, 2021, at 10:00 a.m., in the courtroom of the Honorable James Donato, located at 450 Golden Gate Avenue, San Francisco, California, Plaintiff Steven Arnold on behalf of himself and the class he represents, will move, and hereby do move the Court, in accordance with Federal Rule of Civil Procedure 23, for an Order:

a. Finally approving the proposed Settlement Agreement as fair, reasonable, and adequate to Plaintiffs and the Settlement Class Members, and directing the Settlement's consummation according to its terms;

b. Finally certifying the Settlement Class for settlement purposes;

c. Finding that all Settlement Class Members shall be bound by the Settlement Agreement, including its release provisions, except for those who submitted valid opt-out requests;

d. Directing that judgment be entered dismissing with prejudice all individual and class claims asserted in the litigation and ruling that no costs or fees be assessed on either party other than as expressly provided in the Settlement Agreement and awarded by the Court in ruling upon Plaintiffs' Motion for Attorneys' Fees, Costs, and a Class Representative Service Award, Dkt. No. 124-1;

e. Incorporating the release and related provisions set forth in the Settlement Agreement and barring any Released Claims against the Released Parties;

f. Approving payment of the benefits to the Settlement Class Members consistent with the Settlement Agreement; and

g. Retaining jurisdiction of all matters relating to the interpretation, administration, implementation, and enforcement of the Settlement Agreement.

As discussed in the accompanying memorandum of points and authorities, approval of the Settlement and the related relief requested herein is appropriate under applicable law and well justified under the circumstances of this matter.

This motion is based on this notice of motion and motion; the accompanying memorandum of points and authorities; the Settlement Agreement, including all exhibits thereto, and all papers filed in support thereof; the Declaration of Claims Administrator CPT Group, Inc.; and all papers and records on file in these cases; and such other matters as the Court may consider.

Respectfully submitted,

Dated: November 12, 2021         DESAI LAW FIRM, P.C.


By:     /s/ *Aashish Y. Desai*
      Aashish Y. Desai
      Adrianne De Castro
      Attorneys for Plaintiffs